# SCHEDULE A

List of Defendants by Defendant Number, Defendant Store Name/Alias, Platform, and URLs of Defendants' Online Stores

**FILED UNDER SEAL**

| No. | Defendant Store Name/Alias | Platform | URL of Defendant's Online Store |
|---|---|---|---|
| 1 | Steady Clothing | Walmart | https://www.walmart.com/seller/101533003 |
| 2 | Cdzfn Co. Ltd | Walmart | https://www.walmart.com/seller/101480529 |
| 3 | HuXuanping | Walmart | https://www.walmart.com/seller/101645019 |
| 4 | jiechengwanjia | Walmart | https://www.walmart.com/seller/101636321 |
| 5 | Myzweida Co.,Ltd. | Walmart | https://www.walmart.com/seller/101679410 |
| 6 | Saror boutique | Walmart | https://www.walmart.com/seller/101590192 |
| 7 | BrilliantMe Clothing | Walmart | https://www.walmart.com/seller/101579084 |
| 8 | JC APT | Walmart | https://www.walmart.com/seller/102478984 |
| 9 | FS AT | Walmart | https://www.walmart.com/seller/101696726 |
| 10 | zhishiyuanbo | Walmart | https://www.walmart.com/seller/101576075 |
| 11 | youme1 | Walmart | https://www.walmart.com/seller/102512235 |
| 12 | HAOWANG | Walmart | https://www.walmart.com/seller/102575548 |
| 13 | pke shop | Walmart | https://www.walmart.com/seller/102478361 |
| 14 | FengYinYuan | Walmart | https://www.walmart.com/seller/101571024 |
| 15 | Wjyyouxiangongsi | Walmart | https://www.walmart.com/seller/102500180 |
| 16 | Fuhejia | Walmart | https://www.walmart.com/seller/102486048 |
| 17 | henandashaheshangmaoyouxiangongsi | Walmart | https://www.walmart.com/seller/102599391 |
| 18 | LiangYanMaoYi | Walmart | https://www.walmart.com/seller/102514817 |
| 19 | Tbslaqlo | Walmart | https://www.walmart.com/seller/101629769 |

| 20 | RTjhglhi | Walmart | https://www.walmart.com/seller/101672976 |
| 21 | Hongbaikeji | Walmart | https://www.walmart.com/seller/102514786 |
| 22 | AirGoodsS | Walmart | https://www.walmart.com/seller/101618683 |
| 23 | Cino screening | Walmart | https://www.walmart.com/global/seller/102680634 |
| 24 | KAHUROR | Walmart | https://www.walmart.com/global/seller/102816527 |
| 25 | HAJINGAG | Walmart | https://www.walmart.com/global/seller/102519773 |
| 26 | Yutnsbel INC | Walmart | https://www.walmart.com/global/seller/101585432 |
| 27 | BRADATA CLOTHING | Walmart | https://www.walmart.com/global/seller/102719309 |
| 28 | HGC Shop | Walmart | https://www.walmart.com/global/seller/102788456 |
| 29 | Xinwanna Co.Ltd | Walmart | https://www.walmart.com/global/seller/101224476 |
| 30 | yiwushishuaidawenju | Walmart | https://www.walmart.com/global/seller/102823357 |
| 31 | xing | Walmart | https://www.walmart.com/global/seller/102813496 |
| 32 | kinaerty Co.Ltd | Walmart | https://www.walmart.com/global/seller/101653507 |
| 33 | DEUFHFV | Walmart | https://www.walmart.com/global/seller/102757741 |
| 34 | ZOAIEUJSD | Walmart | https://www.walmart.com/global/seller/102614057 |
| 35 | Happydeer Co.Ltd | Walmart | https://www.walmart.com/global/seller/101264153 |
| 36 | huge | Walmart | https://www.walmart.com/global/seller/102819814 |
| 37 | Ruike Co.Ltd | Walmart | https://www.walmart.com/global/seller/102518216 |
| 38 | JFEHDBVD | Walmart | https://www.walmart.com/global/seller/102753397 |
| 39 | YECdre | Walmart | https://www.walmart.com/global/seller/102519892 |
| 40 | DLKIWEE | Walmart | https://www.walmart.com/global/seller/102742707 |
| 41 | SJJQUM Co.Ltd | Walmart | https://www.walmart.com/global/seller/101501175 |