# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# MAWCLOS

**Reg. No. 6,507,849**
**Registered Oct. 05, 2021**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Tianjin Ruixinbo Technology Co., LTD. (CHINA LIMITED LIABILITY COMPANY)
Bld 14, No. 2 Hongwang Road, Wuqing Dist
No. 19, Room 158
Tianjin, CHINA 301700

CLASS 25: Bathrobes; Blouses; Boots; Corselets; Dresses; Footwear; Pullovers; Pyjamas; Sandals; Shirts; Shoes; Skirts; Slippers; Suits; Swimwear; Trousers; Underclothing; Underpants; Underwear; Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Belts; Clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; Clothing, namely, folk costumes; Nightgowns; Outerwear, namely, jackets and coats; Sports jerseys; Sports shoes; Sweaters; Swim caps; Swim trunks; T-shirts; Teddies being underclothing; Tops as clothing; Vests; Waistcoats; Wedding dresses

FIRST USE 12-1-2020; IN COMMERCE 12-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-388,781, FILED 12-17-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-08-18 13:22:26 EDT |
| Mark: | MAWCLOS |

# MAWCLOS

| | | | |
|---|---|---|---|
| US Serial Number: | 90388781 | Application Filing Date: | Dec. 17, 2020 |
| US Registration Number: | 6507849 | Registration Date: | Oct. 05, 2021 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Oct. 05, 2021 | | |
| Publication Date: | Jul. 20, 2021 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | MAWCLOS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Bathrobes; Blouses; Boots; Corselets; Dresses; Footwear; Pullovers; Pyjamas; Sandals; Shirts; Shoes; Skirts; Slippers; Suits; Swimwear; Trousers; Underclothing; Underpants; Underwear; Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Belts; Clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; Clothing, namely, folk costumes; Nightgowns; Outerwear, namely, jackets and coats; Sports jerseys; Sports shoes; Sweaters; Swim caps; Swim trunks; T-shirts; Teddies being underclothing; Tops as clothing; Vests; Waistcoats; Wedding dresses | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE | | |
| First Use: | Dec. 01, 2020 | Use in Commerce: | Dec. 01, 2020 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | BINGSUN INC |
| **Owner Address:** | 1414 ULSTER ST<br>DENVER, COLORADO UNITED STATES 80220 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Nyall Engfield |
| **Docket Number:** | MAWCL-003 |
| **Attorney Primary Email Address:** | orders@trademarkraft.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | NYALL ENGFIELD<br>16950 VIA DE SANTA FE SUITE 5060-107<br>RANCHO SANTA FE, CALIFORNIA UNITED STATES 92067 |
| **Phone:** | 760-234-1231 |
| **Correspondent e-mail:** | orders@trademarkraft.com WesleytfKh@yahoo.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 04, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 05, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 20, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 20, 2021 | PUBLISHED FOR OPPOSITION | |
| Jun. 30, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 17, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 11, 2021 | ASSIGNED TO EXAMINER | |
| Feb. 26, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 21, 2020 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION |
| **Date in Location:** | Oct. 05, 2021 |

## Assignment Abstract Of Title Information

### Summary

| | |
|---|---|
| **Total Assignments:** | 1 |
| **Registrant:** | Tianjin Ruixinbo Technology Co., LTD. |

### Assignment 1 of 1

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |
| **Reel/Frame:** | 7539/0977 |
| **Pages:** | 3 |
| **Date Recorded:** | Dec. 23, 2021 |
| **Supporting Documents:** | assignment-tm-7539-0977.pdf |

#### Assignor

| | |
|---|---|
| **Name:** | TIANJIN RUIXINBO TECHNOLOGY CO., LTD. |
| **Execution Date:** | Dec. 17, 2021 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | No Place of Organization Found |

| | Assignee | | |
|---|---|---|---|
| **Name:** | BINGSUN INC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | COLORADO |
| **Address:** | 1414 ULSTER ST<br>DENVER, COLORADO 80220 | | |
| | **Correspondent** | | |
| **Correspondent Name:** | SHIQIU ZHANG | | |
| **Correspondent Address:** | 1414 ULSTER ST<br>DENVER, CO 80220 | | |
| | **Domestic Representative - Not Found** | | |

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

ETAS ID: TM697180

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Tianjin Ruixinbo Technology Co., LTD. | | 12/17/2021 | Limited Liability Company: |

## RECEIVING PARTY DATA

| Name: | Bingsun Inc |
|---|---|
| Street Address: | 1414 Ulster St |
| City: | Denver |
| State/Country: | COLORADO |
| Postal Code: | 80220 |
| Entity Type: | Limited Liability Company: COLORADO |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 90388781 | MAWCLOS |

## CORRESPONDENCE DATA

Fax Number:  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Email: ail.comshiqiuzhang.bingsun@gmail.com  
Correspondent Name: Shiqiu Zhang  
Address Line 1: 1414 Ulster St  
Address Line 4: Denver, COLORADO 80220

| NAME OF SUBMITTER: | Shiqiu Zhang |
|---|---|
| SIGNATURE: | /Shiqiu Zhang/ |
| DATE SIGNED: | 12/23/2021 |

Total Attachments: 2  
source=MAWCLOS#page1.tif  
source=MAWCLOS#page2.tif

OP $40.00 90388781

# Trademark Assignment Agreement

This Assignment of Trademark (the "Agreement") is made as of 17th Day of December, 2021 (the "effective Date"), by and between Tianjin Ruixinbo Technology Co., LTD., a Limited Liability Company of P.R.China, having postal address at Bld 14, No. 2 Hongwang Road, Wuqing Dist No. 19, Room 158 Tianjin CHINA 301700, (hereinafter the "Assignor") and Bingsun Inc, a Limited Company of The United States of America, having postal address at 1414 Ulster St, Denver, Colorado, United States,80220, (hereinafter the "Assignee") (collectively referred to as the "Parties").

The Assignor is the registered owner of a mark that is registered in the United States Patent and Trademark Office, Serial No. 90388781, Application Filing Date: Dec. 17, 2020.

The Assignee wishes to acquire the Assignor's rights in the trademark listed in this agreement.

The Assignee agrees to pay the Assignor $ 0.

In exchange, the Assignor hereby conveys, transfers, and assigns to the Assignee all of the Assignor's right, title, and interest of whatever kind in the mark, together with

1) the goodwill of the business relating to the products and services on which the marks are used and for which they are registered,

2) all income, royalties, and damages hereafter due or payable to Assignor with respect to the marks, including without limitation, damages, and payments for past or future infringements and misappropriations of the marks, and

3) all rights to sue for past, present and future infringement or misappropriations of the marks.

The Assignor further covenants that it will take all actions that may be necessary for securing, completing, or vesting in the Assignee full right, title, and interest in the mark and its related property.

In testimony whereof, I have hereunto set my hand this 17th day of December, 2021.

ASSIGNOR:

*Huang Aalbvag*
[Name of the assignor]
Name: Tianjin Ruixinbo Technology Co., LTD.


ASSIGNEE:

*Shiqiu Zhang*
[Name of the assignee]
Name: Bingsun Inc

TRADEMARK ASSIGNMENT COVER SHEET

Assignment ID: 1293162

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | CORRECTIVE ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Corrective Assignment to correct the the error in the assignee's entity type from limited liability company to corporation previously recorded on Reel 7539 Frame 977. Assignor(s) hereby confirms the assignment of entire interest and good will. |

CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| TIANJIN RUIXINBO TECHNOLOGY CO., LTD. | | 12/31/2021 | Limited Liability Company: CHINA |

RECEIVING PARTY DATA

| Name: | BINGSUN INC |
|---|---|
| Street Address: | 1414 ULSTER ST, |
| City: | Denver |
| State/Country: | COLORADO, UNITED STATES |
| Postal Code: | 80220 |
| Entity Type: | Corporation: COLORADO |

PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 6507849 | MAWCLOS |

CORRESPONDENCE DATA

Phone: 2672258158
Email: stevenyuan@lawvictor-ip.com

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Correspondent Name: Bole Yuan
Address Line 1: 204 S 3rd St
Address Line 4: Philadelphia, PENNSYLVANIA 19106

| NAME OF SUBMITTER: | Bole Yuan |
|---|---|
| Signature: | /Bole Yuan/ |
| Date: | 09/22/2025 |

**TOTAL ATTACHMENTS: 1**

source= Declaration ISO Corrective Assignment.pdf

**RECEIPT INFORMATION**

| | |
|---|---|
| **Assignment ID:** | 1293162 |
| **Receipt Date:** | 09/22/2025 |
| **Fee Amount:** | $40.00 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Trademark: MAWCLOS
Reg. No.: 6,507,849

DECLARATION

I, SHIQIU ZHANG, do hereby declare that:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am an individual citizen of the People's Republic of China.

3. I have firsthand knowledge of the facts stated herein.

4. I am the President of Bingsun Inc, a corporation duly formed in the State of Colorado with the business address at 1414 Ulster St, Denver, Colorado.

5. I make this Declaration to support a Corrective Assignment against U.S. Trademark Registration No. 6,507,849 (the "**Registered Mark**").

6. Bingsun Inc is the current owner and the most recent assignee of the entire interest and goodwill of the Registered Mark.

7. I make this Declaration to correct an error in Bingsun Inc's entity type from "limited liability company" to "corporation," previously recorded on Reel 7539 and Frame 0977.

8. The aforementioned error in the originally recorded Assignment and the accompanying Cover Sheet was made typographically. As a matter of fact, Bingsun Inc is at all times a corporation and not a limited liability company.

9. I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements are made with the knowledge that willful false statements and the like so made

1

are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom.

Executed on September 10, 2025
In Guangzhou City,
Guangdong Province, China

_____
SHIQIU ZHANG